# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )   CASE NO.: 05-4025-JLF |
| | ) |
| Zellpac, Inc., and Guy Emery | ) |
| | ) |
| Defendant(s). | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, the United States' Unopposed Motion for an Extension of Time **(Doc. 31)** is **GRANTED**.

The United States is granted additional time, up to and including **February 21, 2006**, which to file its response to Defendant Zellpac, Inc.'s Motion for Partial Summary Judgment.

**IT IS SO ORDERED.**

**DATE:  February 14, 2006**.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**